**Electronically Filed
Supreme Court
SCWC-24-0000533
11-AUG-2026
09:29 AM
Dkt. 20 OGAC**

SCWC-24-0000533, SCWC-24-0000534
SCWC-24-0000535, AND SCWC-24-0000536


IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SCWC-24-0000533
(CAAP-24-0000533; CASE NO. 1CPC-21-0000139)

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

DANIELLE K. KAHELE, also known as DANIELLE K. KANEAO,
and HEATHER TULL, also known as HEATHER O. TULL, and
HEATHER OWEN TULL,
Respondents/Defendants-Appellees,

and

ARTHUR LEE, dba ALL IN 1 BONDING,
Petitioner/Real Party In Interest-Appellant.

----------------------------------------

SCWC-24-0000534
(CAAP-24-0000534; CASE NO. 1CPC-21-0000873)

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

DANIELLE KANEAO and HEATHER TULL,
Respondents/Defendants-Appellees,

and

ARTHUR LEE, dba ALL IN 1 BONDING,
Petitioner/Real Party In Interest-Appellant.

---------------------------------------------

SCWC-24-0000535
(CAAP-24-0000535; CASE NO. 1CPC-21-0001058)

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

HEATHER TULL,
Respondent/Defendant-Appellee,

and

ARTHUR LEE, dba ALL IN 1 BONDING,
Petitioner/Real Party In Interest-Appellant.

---------------------------------------------

SCWC-24-0000536
(CAAP-24-0000536; CASE NO. 1CPC-22-0000556)

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

HEATHER TULL,
Respondent/Defendant-Appellee,

and

ARTHUR LEE, dba ALL IN 1 BONDING,
Petitioner/Real Party In Interest-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Drewyer, assigned by reason of vacancy)

2

Pursuant to this court's discretion set forth in Hawaiʻi Revised Statutes § 602-59(a), Petitioner/Real Party In Interest-Appellant Arthur Lee, dba All In 1 Bonding's application for writ of certiorari filed on June 12, 2026, is accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, August 11, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Lisa M. Ginoza

/s/ Michelle L. Drewyer

3